Shawn M. Olson, Esq.
CA Bar No. 245688
OLSON LAW FIRM
7372 Prince Dr., Ste. 104
Huntington Beach, CA 92647
Phone: (714) 847-2500
Fax: (714) 847-2550
Shawn@shawnolsonlaw.com

Thomas H. Stanton, Esq. (*pro hac vice*)
OLDER LUNDY KOCH & MARTINO
1000 W. Cass Street
Tampa, Florida 33606
Phone: (813) 2554-8998
tstanton@olderlundylaw.com

*Counsel for Plaintiffs and Counter-Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE VENTURES, LLC, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> JONATHAN STRAUSS, et. al. , <br><br> Defendants. <br><br> NEVEN EYEWEAR, LLC (FL), <br><br> Counter-Claimant, <br><br> vs. <br><br> LE VENTURES, LLC, NEVEN EYEWEAR, LLC (NV), AND KHOI LE, <br><br> Counter-Defendants. | Case No.: 2:24-cv-7383-WLH-PD <br><br> **DECLARATION OF SHAWN M. OLSON IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-COMPLIANCE** |

DECLARATION OF SHAWN M. OLSON IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-COMPLIANCE AND MOTION TO MODIFY PRETRIAL SCHEDULE AND TRIAL ORDER

1

I, Shawn M. Olson, in support of Plaintiffs' Notice of Non-Compliance, declare as follows:

1. I am an attorney at law in the State of California, am admitted to this court, and am an attorney of the Olson Law Firm located in Huntington Beach, California. I am local counsel in the instant litigation for Plaintiffs Le Ventures, LLC; Neven Eyewear, LLC (NV); and Khoi Le (collectively the "**Plaintiffs**").

2. I have personal knowledge of all the facts set forth in this Declaration, and if called and sworn as a witness at trial or at any other proceeding before this Court, I could and would testify as set forth herein.

3. On February 26, 2026, I was substituted into this case as local counsel of record.

4. The very next day, opposing counsel Scott Shaw contacted me to coordinate a meet and confer to discuss Defendant's motions in limine.

5. On February 27, 2026, Mr. Shaw e-mailed me to request "availability to confer with me over motions in limine that we intend to file next week if Plaintiffs do not stipulate."

6. Although I had been in the case less than 24 hours, I agreed to coordinate a meeting with Mr. Shaw. Thomas H. Stanton (now lead counsel for Plaintiffs), Geneva K. Hernandez (Mr. Stanton's colleague), and I attended the meeting for Plaintiffs.

7. At the meet and confer, Mr. Shaw discussed two motions in limine: (1) a motion regarding the deposition of Jonathan Mulluer and (2) a motion to exclude damages calculations and expert reports.

8. Mr. Shaw mentioned that a motion for summary judgment would also be forthcoming, but did not at all discuss the contents or arguments of any summary judgment motion at the February 27 meeting.

DECLARATION OF SHAWN M. OLSON IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-COMPLIANCE AND MOTION TO MODIFY PRETRIAL SCHEDULE AND TRIAL ORDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2026, at Hungtinton Beach, California.

s/ Shawn M. Olson
Shawn M. Olson

DECLARATION OF SHAWN M. OLSON IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-COMPLIANCE AND MOTION TO MODIFY PRETRIAL SCHEDULE AND TRIAL ORDER