UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-07383-WLH-PD | Date | April 24, 2026 |
|---|---|---|---|
| Title | Le Ventures, LLC et al v. Jonathan Strauss et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas H. Stanton | Scott P. Shaw<br>Brian Abergel |

**Proceedings:**    **STATUS CONFERENCE (VIA ZOOM)**

The matter is called, and counsel state their appearances.  The Court confers with the parties regarding the status of the case. For reasons stated on the record, Mr. Stanton's Ex Parte Application to Withdraw as Counsel [112] is GRANTED, Plaintiffs' Motion to Dismiss [88] is DENIED, Defendants' Ex Parte Application for Leave to File Motion for Sanctions [108] is DENIED, Plaintiffs' Motion for Relief [91] is DENIED and Plaintiffs' Motion to Continue Case Schedule [86] is DENIED.  Defendants' Motion for Partial Summary Judgment [84] is held in abeyance until an amended case schedule is ordered.  All remaining dates are VACATED.

The Court sets an Order to Show Cause hearing re: New Counsel for Plaintiffs Le Ventures, LLC and Neven Eyewear, LLC for **May 22, 2026, at 1:30 p.m. via Zoom**.  All Plaintiffs are ordered to appear.

|  | - | : | 18 |
|---|---|---|---|
| Initials of Deputy Clerk | lca | | |